United States District Court
Southern District of Texas
**ENTERED**
August 23, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Herbert Berry, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-21-1320 |
| | § | |
| R Construction Company, | § | |
|     Defendants. | § | |

## FINAL JUDGMENT

As the jury has returned its verdict in favor of the Defendant, Plaintiff Herbert Berry takes nothing from Defendant. This is a FINAL JUDGMENT.

Signed at Houston, Texas, on August 23, 2022.

_____
Peter Bray
United States Magistrate Judge